United States Bankruptcy Court
Western District of North Carolina

In re:                                                            Case No. 15-31946-jcw
Trista Sue Holwager                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0419-3          User: toweryk          Page 1 of 1          Date Rcvd: Aug 04, 2016
                              Form ID: 246           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2016.
db              +Trista Sue Holwager,   2819 Windsor Chase Drive,   Matthews, NC 28105-0778

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Association
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
        Daria Anne Barrett    on behalf of Creditor    Federal National Mortgage Association
         daria.barrett@brockandscott.com,   wbecf@brockandscott.com;cltecfnotices@brockandscott.com
        James H. Henderson    on behalf of Debtor Trista Sue Holwager henderson@title11.com,
         ginny@title11.com
        Neil D. Jonas    on behalf of Creditor    Federal National Mortgage Association
         Neil.Jonas@brockandscott.com,   wbecf@brockandscott.com;cltecfnotices@brockandscott.com
        U.S. Bankruptcy Administrator Office    alexandria_p_kenny@ncwba.uscourts.gov,
         ba_desk@ncwba.uscourts.gov
                                                                    TOTAL: 4



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 15–31946
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Trista Sue Holwager
2819 Windsor Chase Drive
Matthews, NC 28105
Social Security No.: xxx–xx–4900

# ORDER CLOSING REOPENED CASE

The Court having reviewed the record in this matter and it appearing that the above–named Chapter 11 case, having been reopened on July 22, 2016 is now ready to be closed.

**BASED UPON THE FOREGOING, IT IS HEREBY ORDERED** that the above–named case be CLOSED.

Dated: August 4, 2016                    BY THE COURT

                                        J. Craig Whitley
                                        United States Bankruptcy Judge

Electronically filed and signed (8/4/16)